IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV246 |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. CAVES, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $4,609.85 principal, interest in the amount of $1,569.94, administrative charges in the amount of $0.00, plus interest thereon from April 26, 2007 through June 30, 2007, at the rate of 7.94%, and thereafter with interest at the current rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $370.00.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

|  |  |
|---|---|
|  | UNITED STATES OF AMERICA,<br>Plaintiff, |
| MICHAEL J. CAVES | JOE W. STECHER<br>United States Attorney |
|  | _(signature)_ |
| _Mike Caves_<br>Defendant<br>_2610 A St_<br>Address<br>_Lincoln NE 68502_<br>City, State & Zip<br>_402-651-9923_<br>Telephone Number | LAURIE M. BARRETT<br>Assistant U. S. Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68101<br>(402) 661-3700<br>laurie.barrett@usdoj.gov |

APPROVED THIS _6th_ day of _September_, 2007, accruing at the legal rate of _4.19%_ ~~7.94~~ % per annum from the date of this judgment, until paid in full and court costs.

_interest to be determined by the Court - LS_

_(signature)_
LYLE E. STROM
UNITED STATES DISTRICT JUDGE